United States District Court
Southern District of Texas
**ENTERED**
July 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Aisha Riley, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-19-2496 |
| § | |
| Houston Northwest Operating Company, § | |
| LLC, et al, § | |
| Defendants. § | |

## O R D E R

In accordance with the Notice of Dismissal filed on July 2, 2020 (docket entry no. 40), this action is hereby **DISMISSED** without prejudice.

**SIGNED** at Houston, Texas, on this 2nd day of July, 2020.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE